COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Woody K. Lesikar, Individually, and as Trustee of the Woody K. Lesikar Special Trust

Appellate case number:        01-20-00391-CV

Trial court case number:      2008-65920-A

Trial court:                  334th District Court of Harris County

This original proceeding was abated by an order dated January 14, 2021. The abatement was ordered to allow the new judge of the 334th District Court, the Honorable Dawn Rogers, an opportunity to reconsider the ruling made the basis of the mandamus petition filed by relator, Woody K. Lesikar, Individually, and as Trustee of the Woody K. Lesikar Special Trust. *See* TEX. R. APP. P. 7.2(b). On February 18, 2021, relator filed a motion to reinstate the appeal, representing that the trial court "declined to vacate" the original ruling, and denied the motion for reconsideration. Relator's motion to reinstate this original proceeding includes a certificate of conference representing that appellee, James William Spencer, as Independent Executor of the Estate of Carolyn Ann Lesikar Moon, is opposed to the relief requested in the motion to reinstate. *See* TEX. R. APP. P. 10.1(a)(5), (b), 10.3(a).

Real party in interest has filed an unopposed motion to extend the time to file a response to relator's motion to reinstate. Specifically, real party in interest requests that we extend the deadline to file a response to relator's motion to March 10, 2021. The motion is **granted**.

Real party in interest's response to relator's motion to reinstate this original proceeding is due to be filed no later than **March 10, 2021**.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
                    ☑ Acting individually     ☐ Acting for the Court

Date: ___March 4, 2021___